Cug

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. A10-79346-REB |
| | : | |
| KEITH EUGENE THOMAS, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | JUDGE BRIZENDINE |

## ORDER DENYING MOTION TO IMPOSE STAY

Debtor named above having filed a motion on July 20, 2010 to extend stay or in the alternative to impose stay, same having come on for hearing before the Court on August 4, 2010, and it appearing that the relief requested is unnecessary as the automatic stay is already in place in this case, accordingly, it is

**ORDERED** that the Debtor's motion to extend stay or in the alternative to impose stay be, and the same hereby is, **denied**.

The Clerk is directed to serve a copy of this Order upon Debtor, the Chapter 13 Trustee, and the United States Trustee.

**IT IS SO ORDERED.**

At Atlanta, Georgia this 5_ day of August, 2010.

_____
ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE